# U.S. District Court
# Southern District of Florida (Miami)
# CIVIL DOCKET FOR CASE #: 1:18−cv−21608−JEM

Miami−Dade County, Florida v. AmerisourceBergen Drug Corporation et al
Assigned to: Judge Jose E. Martinez
Cause: 18:1961 Racketeering (RICO) Act

Date Filed: 04/23/2018
Date Terminated: 05/09/2018
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Miami−Dade County, Florida**     represented by     **Alissa Del Riego**
Podhurst Orseck P.A.
Suntrust International Center
1 S.E. 3rd Avenue, Suite 2300
Miami, FL 33131
305−358−2800
Email: adelriego@podhurst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Jo Quezon**
Wilkes & McHugh
1 N Dale Mabry Highway
Suite 800
Tampa, FL 33609
813−873−0026
Fax: 286−8820
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Archie Cleveland Lamb , Jr.**
Archie Lamb and Associates, LLC
301 19th Street North, Suite 585
The Kress Bldg.
Birmingham, AL 35203−3145
2054581210
Email: alamb@archielamb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Gravante , III**
Podhurst Orseck, P.A.
1 S.E. 3rd Avenue
Suite 2300
Miami, FL 33131
305−358−2800
Fax: 305−358−2382
Email: jgravante@podhurst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Matthew Weinshall**
Podhurst Orseck
Suntrust International Center
1 S.E. 3rd Avenue, Suite 2300
Miami, FL 33131
305−358−2800
Email: mweinshall@podhurst.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter James Mougey**
Beggs & Lane
501 Commendencia Street
PO Box 12950
Pensacola, FL 32502
850−432−2451
Fax: 469−3331
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Prieto**
Podhurst Orseck, P.A.
Suntrust International Center
1 S.E. 3rd Avenue
Suite 2300
Miami, FL 33131
305−358−2800
Fax: 305−358−2382
Email: pprieto@podhurst.com
*ATTORNEY TO BE NOTICED*

V.
**Defendant**

**AmerisourceBergen Drug Corporation**

**Defendant**

**Cardinal Health, Inc.**

**Defendant**

**McKesson Corporation**

**Defendant**

**Purdue Pharma L.P.**

**Defendant**

**Purdue Pharma, Inc.**

**Defendant**

**THE PURDUE FREDERICK COMPANY, INC.**

**Defendant**

**Teva Pharmaceutical Industries, Ltd.**

**Defendant**

**Teva Pharmaceuticals USA, Inc.**

**Defendant**

**Cephalon, Inc.**

**Defendant**

**Johnson & Johnson**

**Defendant**

**Janssen Pharmaceuticals, Inc.**

**Defendant**

**Ortho−McNeil−Janssen Pharmaceuticals, Inc.**
*other*
Janssen Pharmaceuticals, Inc.

**Defendant**

**Janssen Pharmaceutica Inc.**
*other*
Janssen Pharmaceuticals, Inc.

**Defendant**

**Noramco, Inc.**

**Defendant**

**Endo Health Solutions, Inc.**

**Defendant**

**Endo Pharmaceuticals, Inc.**

**Defendant**

**Allergan PLC**
*formerly known as*
Actavis PLS

**Defendant**

**Watson Pharmaceuticals, Inc**
*other*
Actavis, Inc.

**Defendant**

**Watson Laboratories, Inc.**

**Defendant**

**ACTAVIS LLC**

**Defendant**

**Actavis Pharma, Inc.**
*formerly known as*
Watson Pharma, Inc.

**Defendant**

**Mallinckrodt PLC**

**Defendant**

**Mallinckrodt LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/23/2018 | 1 | COMPLAINT against ACTAVIS LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Allergan PLC f/k/a Actavis PLS, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cephalon, Inc., Endo Health Solutions, Inc., Endo Pharmaceuticals, Inc., Janssen Pharmaceutica Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, Mallinckrodt PLC, McKesson Corporation, Noramco, Inc., ORTHO–MCNEIL–JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., Purdue Pharma L.P., Purdue Pharma, Inc., THE PURDUE FREDERICK COMPANY, INC., Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., WATSON PHARMACEUTICALS, INC. n/k/a ACTAVIS, INC., Watson Laboratories, Inc.. Filing fees $ 400.00 receipt number 113C–10592757, filed by Miami–Dade County, Florida. (Attachments: # 1 Civil Cover Sheet)(Prieto, Peter) (Entered: 04/23/2018) |
| 04/23/2018 | 2 | Clerks Notice of Judge Assignment to Judge Jose E. Martinez. Pursuant to 28 USC 636(c), the parties are hereby notified that the U.S. Magistrate Judge Alicia M. Otazo–Reyes is available to handle any or all proceedings in this case. If agreed, parties should complete and file the Consent form found on our website. It is not necessary to file a document indicating lack of consent. Pro se (NON–PRISONER) litigants may receive Notices of Electronic Filings (NEFS) via email after filing a Consent by Pro Se Litigant (NON–PRISONER) to Receive Notices of Electronic Filing. The consent form is available under the forms section of our website. (rms1) (Entered: 04/24/2018) |
| 04/25/2018 | 3 | Order Requiring Joint Scheduling Report. Signed by Judge Jose E. Martinez on 4/25/2018. (dq) (Entered: 04/25/2018) |
| 05/09/2018 | 4 | Certified CONDITIONAL TRANSFER ORDER (CTO–27) transferring case to the Northern District of Ohio re: MDL 2804 for consolidated pretrial proceedings pursuant to 28 USC 1407 and assigned to the Honorable Dan A. Polster. (Signed by Dan A. Polster). (gp) (Entered: 05/09/2018) |
| 05/09/2018 |   | Civil Case Terminated/Closing Case. Per 4 Conditional Transfer Order. (gp) |

| | **NOTICE: If there are sealed documents in this case, they may be unsealed after 1 year or as directed by Court Order, unless they have been designated to be permanently sealed. See Local Rule 5.4 and Administrative Order 2014–69.** (Entered: 05/09/2018) |
|---|---|