**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br>CASE NO. 1:17-MD-2804 | ) | |
| **This document applies to:** | ) | **Judge Dan Aaron Polster** |
| *Miami-Dade County, Florida v. AmerisourceBergen Drug Corporation, et al.* | ) | Member Case No.: 1:18-op-45552 |
| *City of St. Petersburg, Florida v. AmerisourceBergen Drug Corporation, et al.* | ) | Member Case No.: 1:18-op-45701 |
| *Escambia County, Florida v. AmerisourceBergen Drug Corporation, et al.* | ) | Member Case No.: 1:18-op-45729 |
| *Pinellas County, Florida v. AmerisourceBergen Drug Corporation, et al.* | ) | Member Case No.: 1:18-op-45742 |
| *City of North Miami, Florida v. AmerisourceBergen Drug Corporation, et al.* | ) | Member Case No.: 1:18-op-45872 |

**NOTICE OF APPEARANCE**

The attorney listed below enters his appearance in the above-captioned member cases as counsel of record for Plaintiffs, Miami-Dade County, Florida; City of St. Petersburg, Florida; Escambia County, Florida; Pinellas County, Florida; and City of North Miami, Florida. Attorney respectfully requests that his name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon him through the Court ECF filing system, as registered:

Paul T. Farrell, Jr. (Ohio Bar ID. 0070257)
GREENE, KETCHUM, FARRELL,
BAILEY & TWEEL, LLP
419 - 11th Street (25701)/ P.O. Box 2389
Huntington, West Virginia 25724-2389
800.479.0053 or 304.525.9115
304.529.3284: fax
paul@greeneketchum.com

All filings in the listed member cases should henceforth be served upon counsel.

Respectfully submitted,

/s/ Paul T. Farrell, Jr.

Paul T. Farrell, Jr. (Ohio Bar ID. 0070257)
Greene, Ketchum, Farrell,
Bailey & Tweel, LLP
419 - 11th Street (25701)/ P.O. Box 2389
Huntington, West Virginia 25724-2389
Phone: 800.479.0053 or 304.525.9115
Fax: 304.529.3284
**paul@greeneketchum.com**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 28th day of December, 2018, the foregoing was electronically filed using the court's CM/ECF system and will be served via the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/ Paul T. Farrell, Jr.
Paul T. Farrell, Jr.