IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> *Miami-Dade County, Florida v. AmerisourceBergen Drug Corporation et al*, No: 1:18-op-45552-DAP | MDL NO. 2804 <br><br> Civ. No. 1:17-md-02804-DAP <br><br> JUDGE POLSTER |

## NOTICE OF APPEARANCE

Please take notice that Mark H. Lynch of Covington & Burling LLP, One CityCenter, 850 Tenth Street, NW, Washington, DC 20001, hereby enters his appearance as counsel of record for Defendant, McKesson Corporation in the above-captioned action.

        Respectfully submitted,

         /s/ Mark H. Lynch
        Mark H. Lynch (D.C. Bar No. 139110)
        COVINGTON & BURLING LLP
        One CityCenter, 850 Tenth Street, NW
        Washington, DC 20001
        (202) 662-6000 (Telephone)
        mlynch@cov.com

        *Counsel for Defendant McKesson Corporation*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing *Notice of Appearance* was sent by the Court's electronic case filing system April 22, 2019, and served upon all those participating therein.

      /s/ Mark H. Lynch
Mark H. Lynch (D.C. Bar No. 139110)