IN THE UNITED STATE DISTRICT COURT
NOTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | MDL No. 2804 |
| | | JUDGE DAN AARON POLSTER |
| THIS DOCUMENT RELATES TO: *Miami-Dade County, Florida v. AmerisourceBergen Drug Corporation, et al.* | ) ) ) | CASE NO. 1:18-op-45552-DAP |

## PLAINTIFF'S NOTICE OF FILING WAIVERS OF SERVICE

COMES NOW Plaintiff Miami-Dade County, Florida, by and through undersigned counsel, and gives Notice of Filing Waivers of Service pursuant to Federal Rule of Civil Procedure 4(d), attached as Composite Exhibit A, against the following Defendants:

Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.

Mallinckrodt LLC

Actavis LLC

Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.

Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.

Amerisourcebergen Drug Corporation

Cephalon, Inc.

Johnson & Johnson

Janssen Pharmaceutica Inc., n/k/a Janssen Pharmaceuticals, Inc.

Janssen Pharmaceuticals, Inc.

Noramco, Inc.

Ortho-McNeil-Janssen Pharmaceuticals, Inc., n/k/a Janssen Pharmaceuticals, Inc.

Purdue Pharma, Inc.; The Purdue Frederick Company, Inc.; Purdue Pharma L.P.

Teva Pharmaceuticals USA, Inc.

Watson Laboratories, Inc.

Cardinal Health, Inc.

McKesson Corporation

Dated: April 26, 2019                        RESPECTFULLY SUBMITTED:

                                                            */s/ Peter J. Mougey*_____
                                                            Peter J. Mougey, Esq.
                                                            LEVIN, PAPANTONIO, THOMAS
                                                            MITCHELL, RAFFERTY & PROCTOR, P.A.
                                                            316 South Baylen Street, Suite 600
                                                            Pensacola, FL 32502-5996
                                                            Telephone: (850) 435-7068
                                                            Facsimile: (850) 436-6068


## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2019, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.

                                                            */s/ Peter J. Mougey*_____
                                                            Peter J. Mougey, Esq.