# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| MIAMI-DADE COUNTY, FLORIDA, | |
| Plaintiff, | CASE NO. 1:18-op-45552 |
| vs. | |
| AMERISOURCEBERGEN DRUG CORPORATION, *et al.*, | JUDGE DAN AARON POLSTER |
| Defendants. | |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Kaspar J. Stoffelmayr of Bartlit Beck LLP on behalf of Defendant Walgreens Boots Alliance, Inc., in the above-captioned action.

Dated: July 23, 2019

Respectfully submitted,

/s/ Kaspar J. Stoffelmayr

Kaspar J. Stoffelmayr
Illinois State Bar No. 6238172
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, Illinois 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlitbeck.com

*Attorney for Walgreens Boots Alliance, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that, this 23rd day of July, 2019, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr

*Attorney for Walgreens Boots Alliance, Inc.*