IN THE UNITED STATE DISTRICT COURT
NOTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) | MDL No. 2804 |
| | | JUDGE DAN AARON POLSTER |
| THIS DOCUMENT RELATES TO: *Miami-Dade County, Florida v. AmerisourceBergen Drug Corporation, et al.* | ) ) ) ) | CASE NO. 1:18-op-45552-DAP |

**PLAINTIFF'S NOTICE OF FILING WAIVERS OF SERVICE**

COMES NOW Plaintiff Miami-Dade County, Florida, by and through undersigned counsel, and gives Notice of Filing Waivers of Service pursuant to Federal Rule of Civil Procedure 4(d), attached as Composite Exhibit A, against the following Defendants:

CVS Health Corporation

Endo Health Solutions, Inc.

Endo Pharmaceuticals, Inc.

Par Pharmaceutical Companies, Inc.

Par Pharmaceutical, Inc.

Publix Super Markets, Inc.

SpecGX LLC

Walgreens Boots Alliance, Inc.

Walmart Inc. or Wal-Mart Stores East, LP

Winn-Dixie Stores, Inc.

H.D. Smith, LLC f/k/a H.D. Smith Wholesale Drug Co.

1

Dated: December 23, 2020              RESPECTFULLY SUBMITTED:

                                      */s/ Peter J. Mougey*
                                      Peter J. Mougey, Esq.
                                      LEVIN, PAPANTONIO, THOMAS
                                      MITCHELL, RAFFERTY & PROCTOR, P.A.
                                      316 South Baylen Street, Suite 600
                                      Pensacola, FL 32502-5996
                                      Telephone: (850) 435-7068
                                      Facsimile: (850) 436-6068

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2020, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Peter J. Mougey*
Peter J. Mougey, Esq.
